OPINION — AG — ** AIRCRAFT AND AIRPORTS ** A MUNICIPALITY WITH A STATUTORY ALDERMANIC FORM OF GOVERNMENT MAY, THROUGH THE EXERCISE OF ITS GENERAL POWERS AND THOSE CONTAINED WITHIN THE MUNICIPAL AIRPORTS ACT, 3 O.S. 1971 65.1 [3-65.1] ET SEQ., DECLARE AN AIRPORT ABANDONED AND OFFER THE SAME FOR SALE OR LEASE WITHOUT VIOLATING THE PROVISIONS OF 11 O.S. 1977 Supp., 33-204 [11-33-204] CITE: 11 O.S. 1977 Supp., 35-203 [11-35-203] (JOHNNY J. AKINS)